UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:09-MD-02036-JLK

IN RE: CHECKING ACCOUNT
OVERDRAFT LITIGATION

MDL No. 2036

THIS DOCUMENT RELATES TO:
SECOND TRANCHE ACTION

*Johnson v. KeyBank National Association*
W.D. Wash. Case No. 2:10-cv-00304
S.D. Fla. Case No. 1:10-cv-21176-JLK

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE DURING PENDANCY OF APPEAL

**THIS CAUSE** comes before the Court *sua sponte*. Defendant KeyBank National Association has taken an appeal of this Court's Order Denying Defendant's Second Renewed Motion to Compel Arbitration (DE #4062). Pursuant to *Blinco v. Green Tree Servicing, LLC*, 366 F.3d 1249 (11th Cir. 2004), the Court will stay any further proceedings in this case pending resolution of that appeal.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that this individual case, *Johnson v. KeyBank National Association*, bearing Southern District of Florida Case Number 1:10-cv-21176-JLK, be, and the same hereby is **STAYED** pending resolution of Defendant's appeal. The Clerk shall **ADMINISTRATIVELY CLOSE** Case No. 1:10-cv-21176-JLK for statistical purposes only during the pendency of the appeal, without prejudice to the substantive rights of any of the parties.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida this 12th day of August, 2015.

```
                              JAMES LAWRENCE KING
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF FLORIDA
```

cc:   **All counsel of record**